UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY G. RICKARD | CIVIL ACTION |
| VERSUS | NO. 21-1265 |
| NEW ORLEANS CITY, ET AL. | SECTION M (1) |

## ORDER

Having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation ("R&R"), and finding that as of this date the parties have filed no objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion. Accordingly,

IT IS ORDERED that plaintiff's complaint is dismissed without prejudice.

New Orleans, Louisiana, this 7th day of February, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

1